Document Number 0161
Case Number 07-C-0328-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/03/2007 01:12:18 PM CDT

# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RAYMOND BILL EVANS,

    Petitioner,

v.

SAUK COUNTY SHERIFF;
DANE COUNTY SHERIFF;
JOHN DOE/DOCTOR;
JOHN DOE MEDICAL CONTRACTOR,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-328-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

10/3/07
_____
Date