IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND BILL EVANS,

                                           ORDER

                Petitioner,

                                  07-C-328-C

       v.

SAUK COUNTY SHERIFF;
DANE COUNTY SHERIFF;
JOHN DOE/DOCTOR;
JOHN DOE MEDICAL CONTRACTOR;

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated October 1, 2007, I denied petitioner's request for leave to proceed

in forma pauperis because he failed to state a claim upon which relief may be granted.  I

ordered that petitioner pay the unpaid balance of his filing fee in monthly payments as

described in  28 U.S.C. § 1915(b)(2)  and I recorded a strike against petitioner pursuant to

28 U.S.C. § 1915(g).  Now petitioner has filed a letter dated October 31, 2007, that I

construe as a motion for reconsideration of the October 1 order.  In support of his motion,

petitioner asks the court to consider "documents that [his] mother has sent to [the court]."

Unfortunately, the court has not received any documents from petitioner's mother.  Because

1

petitioner does not suggest that the dismissal of this action should be reconsidered for any

reason other than the non-existent documents his mother was to send, petitioner's motion

for reconsideration will be denied.


ORDER

IT IS ORDERED that petitioner's motion for reconsideration of the decision to deny

him leave to proceed in forma pauperis is DENIED.

Entered this 16th day of November, 2007.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge

2