IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND BILL EVANS,

                                                MEMORANDUM

            Petitioner,

                                                07-C-328-C

     v.

SAUK COUNTY SHERIFF;
DANE COUNTY SHERIFF;
JOHN DOE/DOCTOR;
JOHN DOE MEDICAL CONTRACTOR;

           Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This case was closed on October 3, 2007, after I screened petitioner's complaint and concluded that he had failed to state a claim upon which relief may be granted. Subsequently, petitioner asked the court to reconsider its decision based on documents petitioner believed his mother had sent to the court. Because no such documents were in the court's record, I denied the motion for reconsideration on November 16, 2007. Now the court has received two documents, a "jail incident report" and an "inmate request form." The envelope bearing these documents was not retained for the court's record, so it is impossible to know whether they were sent by petitioner's mother or by petitioner himself.

1

No matter who sent the documents, however, they contain nothing that would support a motion to reopen this case. Therefore, I have placed them in the court's file, but no action will be taken with respect to them.

Entered this 5th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge